IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SYDNIE RICHARD and BARBARA RICHARD
individually and as parent, of
BELLA FLORE AUGUSTIN, a minor
child,

    Plaintiffs,

vs.

NATIONAL INDEMNITY COMPANY OF THE
SOUTH, MWW TRANSPORT, INC., WILIAN
DUQUE, JOHN DOE, JANE DOE, XYZ
CORPORATION, their officers,
agents and assigns,

    Defendants.

CIVIL ACTION FILE
NUMBER

**DEFENDANT NATIONAL INDEMNITY OF THE SOUTH'S NOTICE OF REMOVAL**

1.

Plaintiffs Sydnie Richard, and Barbara Richard, individually and as parent of Bella Flore Augustin, a minor child filed civil action file number 2022-SV-1678 in the Superior Court of Rockdale County, Georgia against National Indemnity Company of the South, MWW Transport, Inc., Wilian Duque, John Doe, Jane Doe, XYZ Corporation, their officers, agents and assigns July 11, 2022. Defendant National Indemnity attached a copy of Summons and Complaint as Exhibit "A" and Defendants National Indemnity, MWW and Duque's Answer as Exhibit "B."

2.

When Plaintiffs filed the Complaint, they were citizens and residents of Georgia.  Exhibits "A" and "B" ¶ 5.

3.

When Plaintiffs filed the Complaint, Defendant National Indemnity was an Iowa insurance company with its principal place of business in Nebraska.  Exhibits "A" and "B" ¶ 1.

4.

When Plaintiffs filed the Complaint, Defendant MWW was a dissolved Florida corporation whose last principal place of business was in Florida.  Exhibits "A" and "B" ¶ 2.

5.

When Plaintiffs filed the Complaint, Defendant Duque was citizen and resident of Florida.  Exhibits "A" and "B" ¶ 3.

6.

There is complete diversity of citizenship in this case.

7.

This personal injury action arises from a December 7, 2017 motor vehicle collision and Plaintiffs claim serious, permanent and painful injuries to their back, legs and head, medical expenses in excess of $141,776.80, and lost wages. Exhibits "A" and "B" ¶¶ 34, 35, and 36.

8.

This civil action is properly removable to this Court pursuant to 28 U.S.C. §§ 1441(a), 1446(a) and 1446(b). In accordance with 28 U.S.C. § 1332(a), there exists a complete diversity of citizenship between Plaintiff and Defendants and the amount in controversy, exclusive of interest and cost, exceeds $75,000.

9.

Plaintiffs have not properly or sufficiently served any of the Defendants with the Summons and Complaint and Defendant National Indemnity consents to the removal of this case.

10.

Defendant National Indemnity notifies the Court, the Clerk, and all parties within thirty days after service and receipt of the Summons and Complaint filed in the State Court of Dekalb County that it removed this civil action to this Court pursuant to 28 U.S.C. § 1446 and Fed. R. Civ. P. 11.

DENNIS, CORRY, SMITH & DIXON, LLP

/s/ Grant B. Smith
GRANT B. SMITH, ESQ.
Georgia bar number 658345

/s/ Lyra G. Foster
LYRA G. FOSTER, ESQ.
Georgia bar number 121336
For the Firm
Attorneys for Defendants National
Indemnity Company of the South,
MWW Transport, Inc., and Willian
Duque

900 Circle 75 Parkway, Suite 1400
Atlanta, Georgia  30339
(404) 926-3660
(404) 364-4503
Gbs@dcplaw.com
LFoster@dcplaw.com
Kmoore@dcplaw.com

## <u>CERTIFICATE OF SERVICE</u>

I electronically filed **DEFENDANT NATIONAL INDEMNITY OF THE SOUTH'S NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Randal A. Mangham, Esq.
Randal A. Mangham, LLC
P.O. Box 1558
Atlanta, Georgia  30301


I also mailed by United States Postal Service the document to the following non-CM/ECF participants:  None.

This 10th day of August, 2022.


/S/ Grant B. Smith
GRANT B. SMITH, ESQ.
For the Firm


54-13611(GBS)